# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIMMIE EARL DOWNS,
           Petitioner,
     vs.
THE TENTH JUDICIAL DISTRICT OF
THE STATE OF NEVADA, IN AND FOR
THE COUNTY OF CHURCHILL,
           Respondent,
         and
THE STATE OF NEVADA,
           Real Party in Interest.

No. 74343

FILED

DEC 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This is a pro se petition for a writ of mandamus or prohibition. Petitioner has filed a motion for voluntary dismissal. Cause appearing, we grant the motion and

ORDER the petition DISMISSED.

_____, J.
   Douglas

_____, J.
   Gibbons

_____, J.
   Pickering

cc:   Jimmie Earl Downs
      Attorney General/Carson City
      Churchill County District Attorney/Fallon
      Churchill County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-41506